WITHEROW v. WITHEROW

[328 N.C. 324 (1991)]

CANDACE CLARK WITHEROW v. CHARLES WILLIAM WITHEROW, JR.

No. 324A90

(Filed 7 March 1991)

APPEALS by the plaintiff and by the defendant, pursuant to N.C.G.S. § 7A-30(2), from a decision of a divided panel of the Court of Appeals, 99 N.C. App. 61, 392 S.E.2d 627 (1990), which affirmed in part and reversed in part a judgment entered in District Court, FORSYTH County, by *Reingold, J.,* on 19 January 1989. The plaintiff's petition for discretionary review was allowed by the Supreme Court, as to one additional issue, on 30 August 1990. Heard in the Supreme Court 11 February 1991.

*Clyde C. Randolph, Jr., for the plaintiff.*

*Morrow, Alexander, Tash, Long & Black, by John F. Morrow and Ronald B. Black, for the defendant.*

PER CURIAM.

Affirmed.